[No. 21877-1-II.    Division Two.    June 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY CHARLES DUFFEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00524-8, William E. Howard, J., entered April 18, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 21935-2-II.    Division Two.    June 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-1-00086-4, Terry K. McCluskey, J., entered May 12, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 22285-0-II.    Division Two.    June 26, 1998.]

OPEN DOOR BAPTIST CHURCH, ET AL., *Respondents*, v. CLARK COUNTY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-2-01589-5, Roger A. Bennett, J., entered July 24, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 37622-5-I.    Division One.    June 29, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSS EMERSON KIRBY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01012-6, Gerald L. Knight, J., entered November 7, 1998. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.